DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHN H. PASCHAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0419

————————————————

April 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

John H. Paschal, pro se.

PER CURIAM.

　　　Affirmed.

LUCAS, C.J., and KHOUZAM and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.